# COMPLAINT
(for filers who are prisoners without lawyers)

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

(Full name of plaintiff(s))

Jason M. Parker

v.

(Full name of defendant(s))

Detective Keith Dumesic

Kenosha Police Department

Case Number:

17-C-1083
(to be supplied by Clerk of Court)

FILED 2017 AUG -7 P 1:20 STEPHEN C. DRIES CLERK

## A. PARTIES

1. Plaintiff is a citizen of __Wisconsin__, and is located at
   (State)

   __Kenosha County Jail Pre Trial Facility 1000 55th Street 53140__
   (Address of prison or jail)

   (If more than one plaintiff is filing, use another piece of paper.)

2. Defendant __Detective Keith Dumesic, Kenosha Police Department__
   (Name)

Complaint – 1

is (if a person or private corporation) a citizen of _____
                                                                    (State, if known)
and (if a person) resides at _____
                                                                    (Address, if known)
and (if the defendant harmed you while doing the defendant's job)

worked for Kenosha Police Department 1000 55TH Street Kenosha, WI 53140
                                                (Employer's name and address, if known)

(If you need to list more defendants, use another piece of paper.)

B. STATEMENT OF CLAIM

On the space provided on the following pages, tell:
1. Who violated your rights;
2. What each defendant did;
3. When they did it;
4. Where it happened; and
5. Why they did it, if you know.

The Plaintiff Jason M. Parker Is An Inmate At Kenosha County Jail Pre Trial Facility, In Kenosha, Wisconsin. On Dec. 10, 2016 Sat. Approx 3:00 P.M. Detective Keith Dumesic Visited The Plaintiff In Kenosha County Jail. The Plaintiff Was The Victim In A Stabbing Case That Occurred Sept. 11, 2013 At 4901 36TH Ave. The Defendant Det. Keith Disscussed The Case With The Plaintiff And Informed The Plaintiff That He Had To July To Press Charges. The Plaintiff Was Released Dec. 14, 2016 And Went To The Kenosha Police Department Almost Every Day For Weeks (View Cameras) Looking For Det. Keith

TO PRESS CHARGES BUT THE CLERKS AT THE DESK KEPT SAYING HE WASN'T THERE. THE PLAINTIFF LEFT MESSAGES ON THE DEFENDANT DET. KEITH PHONE MANY TIMES. THE PLAINTIFF WENT TO KENOSHA COUNTY DISTRICT ATTORNEY'S OFFICE AND WAS TOLD THEY COULDN'T DO ANYTHING UNTIL THE POLICE DID THEIR JOB. THE PLAINTIFF WENT TO THE KENOSHA POLICE DEPARTMENT AND OFFICERS STATED THAT THEY COULDN'T DO ANYTHING. A FEW DAYS LATER DET. KEITH LEFT THE PLAINTIFF A MESSAGE SAYING THE D.A. WOULDN'T TOUCH THE CASE. THE PLAINTIFF'S GIRLFRIEND (ASHANTE Q. DOTSON) ADMITTED TO HIM THAT SHE KNEW ONE OF THE COOK COUNTY SHERIFF'S AND DET. KEITH. THE PLAINTIFF BELIEVES THAT'S WHY OFFICER KEITH WAS DELIBERATELY IGNORING THIS CASE. THE PLAINTIFF WAS ARRESTED JAN. 27, 2017 FOR DISORDERLY CONDUCT AND CRIMINAL DAMAGE TO PROPERTY AND HAS BEEN INCARCERATED EVERY SINCE, DUE TO THIS SITUATION. THE PLAINTIFF MAILED A STATEMENT WITH A NOTARY PUBLIC SIGNATURE TO THE KENOSHA POLICE DEPARTMENT ON JUNE 12, 2017 AND ALSO DROPPED ONE WITH A REQUEST SLIP ATTACHED BY A SHERIFF IN KPD'S MAILBOX ON JUNE 19, 2017 (DOCUMENTS TO PROVE IT)
PLAINTIFF SEEKS MONETARY DAMAGES.

C.  JURISDICTION

[✓]  I am suing for a violation of federal law under 28 U.S.C. § 1331.

OR

[ ]  I am suing under state law. The state citizenship of the plaintiff(s) is (are) different from the state citizenship of every defendant, and the amount of money at stake in this case (not counting interest and costs) is
$_____.

D.  RELIEF WANTED

Describe what you want the Court to do if you win your lawsuit. Examples may include an award of money or an order telling defendants to do something or to stop doing something.

If I win this lawsuit I would like the court to award me monetary damages in the amount of $2,000,000.00

Complaint – 4

E.  JURY DEMAND

   I want a jury to hear my case.

   [✓] – YES       [ ] – NO



I declare under penalty of perjury that the foregoing is true and correct.

Complaint signed this ___04___ day of ___AUGUST___ 20_17_.

   Respectfully Submitted,

   _Jason Parker_____
   Signature of Plaintiff

   _196_____
   Plaintiff's Prisoner ID Number

   (CURRENTLY) KENOSHA COUNTY JAIL 1000 55TH STREET KENOSHA, WI 53140
   (HOME) 1506 DUSTIN DR #1 NORMAL, ILLINOIS 61761
   (Mailing Address of Plaintiff)

   (If more than one plaintiff, use another piece of paper.)

**REQUEST TO PROCEED IN DISTRICT COURT WITHOUT PREPAYING THE FULL FILING FEE**

[✓]  **I DO** request that I be allowed to file this complaint without paying the filing fee. I have completed a Request to Proceed in District Court without Prepaying the Full Filing Fee form and have attached it to the complaint.

[ ]  **I DO NOT** request that I be allowed to file this complaint without prepaying the filing fee under 28 U.S.C. § 1915, and I have included the full filing fee with this complaint.